UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STACEY R. SMITH,<br>  Plaintiff,<br><br>v.<br><br>HON. J. JOSEPH ROSSI, *et al.*,<br>  Defendants. | )<br>)<br>) No. 1:22-cv-374<br>)<br>) Honorable Paul L. Maloney<br>)<br>)<br>) |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 29, 2022              /s/ Paul L. Maloney
                         Paul L. Maloney
                         United States District Judge